No 12-13-00333-CR

# PD-0592-15

IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

## MOTION TO SUSPENSION RULE 2

To The Honorable Court of Criminal of Appeals:

Now comes petitioner Wilbert Walker, Pro-Se respectfully submits this motion to suspension of Rule 2. For good cause suspend the rule on number of copies required, pursuant to Texas Rule of Appellate Procedure Rule 9.3 (b). Appellant would respectfully show this Honorable Court of Criminal Appeals the following:

### I.

Petitioner, Wilbert Walker, is respectfully asking this Honorable Court of Criminal Appeals to suspend the Rule 2 on number of copies pursant to Texas Rule of Appellate Procedure Rule 9.3 (b), because he's incarerated in the Texas Department of Criminal Justice Institutional Division, And he's unable to have access to a copy machine, Petitioner is also indigent and he can not comply with Rule 2 on number of Copies, pursuant to Texas Rules of Appellate Procedure Rule 9.3 (b). because he does not have a typewriter, Neither access.

### PRAYER

WHEREFORE, PROMISES CONSIDERED, Petitioner prays that this Honorable Court of Criminal Appeals, grant this motion to Suspension of Rule 2, on number of copies, pursuant to Texas Rules of Appellate Procedure Rule 9.3 (b).

Respectfully Submitted,

Wilbert WALKER
PRO-Se